FILED
2012 Oct-24 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CARY WADE, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| vs. ) | 6:12-cv-659-LSC |
| ) | |
| COCA-COLA BOTTLING ) | |
| COMPANY UNITED, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is a "Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice." (Doc. 13.) The settlement would resolve Plaintiff's claims alleging violations of the Fair Labor Standards Act ("FLSA").

Plaintiff provided this Court, *in camera*, a copy of the Settlement Agreement, Release and Waiver of Claims (the "Agreement") signed by Plaintiff. After scrutinizing the proposed settlement terms, the Court expressly finds that it "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States of Am. ex. rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982). It is therefore ORDERED that the parties' joint motion (Doc. 13) is

GRANTED, and the settlement as outlined in the Agreement is APPROVED.

This case is therefore DISMISSED with prejudice.  Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this 24th day of October 2012.

/s/ L. Scott Coogler
L. Scott Coogler
United States District Judge
[170956]